IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KINSEY WILLIAMS                                                                    PLAINTIFF

v.                                    No. 2:12-cv-213-DPM

LEE COUNTY SCHOOL DISTRICT                                          DEFENDANT

ORDER

The Court is attaching its 11 July 2014 working drafts of the preliminary instructions, the final instructions, and the verdict forms. These drafts are tentative; they reflect the Court's understanding of the facts based solely on the parties' filed papers. We'll have to see how the proof comes in. The Court requests that counsel pay particular attention to draft Final Instructions Nos. 6, 7, 8, and 9, as well as the verdict form. Please also consider some precedent: *Meagley v. City of Little Rock*, 639 F.3d 384 (8th Cir. 2011); *E.E.O.C. v. Convergys Customer Management Group, Inc.*, 491 F.3d 790 (8th Cir. 2007); and *Peebles v. Potter*, 354 F.3d 761 (8th Cir. 2004).

The Court notes the School District's proposed new instructions filed this afternoon. Burden of proof and nominal damages are in the Court's draft.

If Williams broke her leg, surely this substantially limited her ability to walk. The Court thought this was agreed. We'll discuss that, and the related elements points, before trial.

The Court will hold a pretrial hearing at 9:00 a.m. on Wednesday, 16 July 2014. Counsel need to list their witnesses and exhibits on the Court's forms — http://www.are.uscourts.gov/default.cfm?content=CourtForms — and bring them to the pretrial. We'll have the venire at 10:00 a.m.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2014