IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KINSEY WILLIAMS**                                                                                  PLAINTIFF

v.                                          No. 2:12-cv-213-DPM

**LEE COUNTY SCHOOL DISTRICT**                                             DEFENDANT

ORDER

Counsel informed the Court on the second morning of trial that they had settled. And the parties confirmed their agreement on the record. The remainder of the trial was cancelled. The Court congratulates the parties. The Final Scheduling Order, № 7, is suspended. The Court will dismiss the case with prejudice unless a party seeks some relief before 30 July 2014.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2014