IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KINSEY WILLIAMS**                                                                 PLAINTIFF

v.                                    No. 2:12-cv-213-DPM

**LEE COUNTY SCHOOL DISTRICT**                                      DEFENDANT

ORDER

The School District's lawyer has informed the Court that the settlement check was recently sent to Williams and her lawyer, and the check has been cashed. The 17 September 2014 telephone conference is therefore canceled. Motion to enforce, № 31, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2014