IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KINSEY WILLIAMS**                                                                 **PLAINTIFF**

v.                                            No. 2:12-cv-213-DPM

**LEE COUNTY SCHOOL DISTRICT**                                      **DEFENDANT**

## JUDGMENT

Williams's complaint is dismissed with prejudice based on the parties' consummated settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 September 2014